**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ELTON W. KILLAM,**

        **Plaintiff,**

    **v.**                            **Case No.  3:06cv0497/RV/EMT**

**HARTFORD FIRE INSURANCE
COMPANY,**

        **Defendant.**

_____/

## ORDER OF DISMISSAL

       The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

       (1)  This cause is hereby dismissed, with prejudice and without taxation of costs.

       (2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 90 days after date, to amend, alter or vacate and set aside this order of dismissal.

       DONE AND ORDERED this 12th day of December, 2007.


                       /s/ *Roger Vinson*_____
                       **ROGER VINSON
                       Senior United States District Judge**